UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Robert J Godlewski  
    Bonnie L Godlewski  
          Debtor(s)

Case No. 11 B 18679

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

    1)  The case was filed on 04/30/2011.

    2)  The plan was confirmed on 07/18/2011.

    3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/05/2013, 04/09/2014.

    4)  The trustee filed action to remedy default by the debtor in performance under the plan on 04/28/2015.

    5)  The case was Dismissed on 06/10/2015.

    6)  Number of months from filing to last payment: 46.

    7)  Number of months case was pending: 58.

    8)  Total value of assets abandoned by court order: NA .

    9)  Total value of assets exempted: NA .

    10) Amount of unsecured claims discharged without payment: $0.00.

    11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $23,035.00 |
| Less amount refunded to debtor | $12.34 |
| **NET RECEIPTS:** | **$23,022.66** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,002.67 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$1,502.67** |

Attorney fees paid and disclosed by debtor:         $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Absolute Collect Svc | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Absolute Collect Svc | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| Absolute Collect Svc | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| Activity Collection Services Inc | Unsecured | 150.00 | 145.80 | 145.80 | 30.97 | 0.00 |
| Affiliated Radiologist | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Anesthesia Assoc | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| Anesthesia Assoc | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| Armor Systems Corporation | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Armor Systems Corporation | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Associated Pathology Consultants | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Athletico Ltd | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Becket & Lee | Unsecured | 1,000.00 | 1,102.70 | 1,102.70 | 245.11 | 0.00 |
| Cameo Endodontics, Ltd | Unsecured | 850.00 | NA | NA | 0.00 | 0.00 |
| Capone Bank | Unsecured | 2,310.00 | NA | NA | 0.00 | 0.00 |
| Center for Athletic Medicine | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 4,100.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| CitiFinancial | Unsecured | 8,300.00 | NA | NA | 0.00 | 0.00 |
| Concentra Health Services | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Concentra Health Services | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Cook County Treasurer | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| Country Door | Unsecured | 1,100.00 | 897.74 | 897.74 | 199.55 | 0.00 |
| Department Stores National Bank | Unsecured | 2,300.00 | 2,437.14 | 2,437.14 | 541.73 | 0.00 |
| Dhana Lakshmi Ganesan | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Discover Financial Services | Unsecured | 2,600.00 | 3,069.20 | 3,069.20 | 682.23 | 0.00 |
| DJ Orthopedics | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Dr Lin & Associates | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| Dr Reema Gupta MD | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Dr Ronald R Schreiber MD | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| ECast Settlement Corp | Unsecured | 13,800.00 | 14,592.99 | 14,592.99 | 3,243.79 | 0.00 |
| ECast Settlement Corp | Unsecured | 2,400.00 | 2,310.14 | 2,310.14 | 513.50 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ECast Settlement Corp | Unsecured | 11,800.00 | 11,712.45 | 11,712.45 | 2,603.49 | 0.00 |
| Educational Credit Management Corp | Unsecured | 500.00 | 455.69 | 455.69 | 101.30 | 0.00 |
| Elmhurst Anesthesiologist | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Elmhurst Emergency Med Service | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| Elmhurst Medical Assoc | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| Elmhurst Memorial Hospital | Unsecured | 3,900.00 | NA | NA | 0.00 | 0.00 |
| Elmhurst Radiologists | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Express Scripts Value RX | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Exxon Mobil | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| Ffcc Columbus Inc | Unsecured | 950.00 | 555.19 | 555.19 | 123.41 | 0.00 |
| GEMB | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| Gottlieb Memorial Hospital | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| Harvard Collection Services In | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| Home Depot | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| I C Systems Inc | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 2,100.00 | NA | NA | 0.00 | 0.00 |
| Ingalls Same Day Surgery | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| JC Penney/Gemb | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| John P Leonetti MD | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Konrad Lebioda MD | Unsecured | 17.00 | NA | NA | 0.00 | 0.00 |
| Loyola University Medical Center | Unsecured | 650.00 | 630.64 | 630.64 | 121.57 | 0.00 |
| Marine Anesthesia | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Midwest Digestive | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| Nationstar Mortgage LLC | Secured | 219,978.36 | 1,978.36 | 1,978.36 | 1,978.36 | 0.00 |
| Nationstar Mortgage LLC | Secured | 219,978.36 | 216,060.20 | 216,060.20 | 0.00 | 0.00 |
| Ncns | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| North Suburban | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| Oak Harbor Capital LLC | Unsecured | NA | 2,961.70 | 2,961.70 | 658.34 | 0.00 |
| Oak Harbor Capital LLC | Unsecured | 4,200.00 | 4,508.23 | 4,508.23 | 1,002.11 | 0.00 |
| OneMain Financial | Secured | 8,300.00 | 3,757.82 | 6,028.91 | 6,028.91 | 274.81 |
| Orthopedics Specialists | Unsecured | 850.00 | NA | NA | 0.00 | 0.00 |
| Pellettieri & Associates | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | NA | 305.77 | 305.77 | 64.96 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 350.00 | 443.26 | 443.26 | 94.17 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 3,500.00 | 3,592.38 | 3,592.38 | 798.53 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 1,200.00 | 1,226.65 | 1,226.65 | 272.66 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 1,700.00 | 2,120.96 | 2,120.96 | 471.46 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 1,900.00 | 1,932.53 | 1,932.53 | 429.57 | 0.00 |
| Resurrection Health Care | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| Resurrection Medical | Unsecured | 430.00 | NA | NA | 0.00 | 0.00 |
| RMC Emergency Physicians | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Rush University Medical Center | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Rush University Medical Center | Unsecured | 850.00 | NA | NA | 0.00 | 0.00 |
| Sears | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Seventh Avenue | Unsecured | 700.00 | 717.39 | 717.39 | 159.47 | 0.00 |
| Springleaf Financial Services | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| St Paul Bank | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| SunStar Americas | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| Talcott Anesthesiologists | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| The Bureaus Inc | Unsecured | 3,900.00 | NA | NA | 0.00 | 0.00 |
| University Anesthesiologists | Unsecured | 310.00 | 308.00 | 308.00 | 65.43 | 0.00 |
| University Head And Neck Assoc | Unsecured | 440.00 | NA | NA | 0.00 | 0.00 |
| Vanda LLC | Unsecured | NA | 3,664.49 | 3,664.49 | 814.56 | 0.00 |
| Weiss Memorial Hospital | Unsecured | 2,200.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $216,060.20 | $0.00 | $0.00 |
| Mortgage Arrearage | $1,978.36 | $1,978.36 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $6,028.91 | $6,028.91 | $274.81 |
| **TOTAL SECURED:** | **$224,067.47** | **$8,007.27** | **$274.81** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$59,691.04** | **$13,237.91** | **$0.00** |

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $1,502.67 |
| Disbursements to Creditors | $21,519.99 |
| **TOTAL DISBURSEMENTS :** | **$23,022.66** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/07/2016         By: /s/ Marilyn O. Marshall
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**